MANUFACTURERS TRUST COMPANY, as Trustee, Appellant, *v.* ROERICH MUSEUM et al., Respondents; Impleaded with Others.

(Submitted October 3, 1932; decided October 11, 1932.)

*Edward S. Greenbaum* for motion.

*J. M. Richardson Lyeth* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.   (See 260 N. Y. 604.)